**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Albion A. NORMAN, Jr., Defendant–Appellant.**

**No. 04–10880**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

Renee Harris Toliver, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Peter Michael Fleury, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Albion A. Norman, Jr., was convicted of wire fraud, transportation of stolen property, engaging in illegal monetary transactions, and money laundering. He was sentenced to a 109-month term of imprisonment and three years of supervised release. Norman now appeals the 12-month term of imprisonment imposed following the revocation of his supervised release. Norman argues that the district court reversibly erred because the circumstances

---

of his case do not warrant the term of imprisonment imposed in his case.

Although the 12–month term of imprisonment imposed upon revocation of Norman's supervised release exceeded the sentencing range indicated by the policy statements in Chapter Seven of the United States Sentencing Guidelines, it was less than the statutory maximum term of imprisonment that the district court could have imposed. *See* 18 U.S.C. § 3583(e)(3). Accordingly, Norman's sentence upon revocation was neither "unreasonable" nor "plainly unreasonable." *See United States v. Hinson,* 429 F.3d 114, 120 (5th Cir. 2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 1804, 164 L.Ed.2d 540 (2006). Norman has not shown error.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.